IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

| | |
|---|---|
| **TACOREY KILLEBREW**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 15 C 6572 |
| ) | |
| **COOK COUNTY JAIL SHERIFF** ) | |
| **TOM DART**, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

On July 31, 2015 this Court issued a memorandum opinion and order ("Opinion") that expressly identified two delinquencies in the filing of the most recent pro se action by prisoner plaintiff Tacorey Killebrew ("Killebrew") and, among other things, ordered Killebrew "to provide the missing input on or before August 24, 2015." Now August 24 has come and gone without Killebrew either having provided the required information or having adequately explained his failure to do so.

All that Killebrew has submitted in the interim instead is a hand-printed "Motion for the Appointment of Counsel" that was received in the Clerk's Office on August 10. But that submission really deals only with Killebrew's need for legal representation if, as and when this action might go forward on Killebrew's substantive claim -- <u>not</u> on his ability to provide the information and material called for by the Opinion: both (1) his identification of his Complaint's "filing date" -- "the date on which Killebrew either mailed the lawsuit papers himself or delivered them to the authorities at the County Jail for mailing" -- and (2) the printout reflecting all transactions in his trust fund account for the six-month period immediately

preceding that "filing" date of his Complaint.[1] There is no excuse offered for Killebrew's noncompliance with those requirements, which are not dependent on any legal knowledge or sophistication at all.[2]

Accordingly this action is dismissed for want of prosecution. And as the Opinion also reflected, that dismissal does not relieve Killebrew's continuing responsibility for payment of the like filing fee for <u>this</u> action (see <u>Newlin v. Helman</u>, 123 F.3d 429, 432-33 (7th Cir. 1997), cited and quoted in the Opinion).

                                            */s/ Milton I. Shadur*
                                            Milton I. Shadur
                                            Senior United States District Judge

Date: August 26, 2015

---

[1] As the Opinion made plain, that information and that material are essential prerequisites to the case's going forward.

[2] It is worth noting that Killebrew is already indebted to this District Court for the $350 filing fee stemming from his conduct in his self-prepared Case No. 15 C 1451 filed earlier this year, a subject also adverted to in the Opinion.