IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| TACOREY KILLEBREW, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No: 15 C 6572 |
| COOK COUNTY JAIL SHERIFF TOM DART, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

On September 28, 2015 this Court issued still another memorandum order in this case, reconfirming its earlier dismissal of the action filed by pro se prisoner plaintiff Tacorey Killebrew ("Killbrew"). Although that memorandum order referred to an In Forma Pauperis Application ("Application," Dkt. No. 10) that Killebrew had tendered on September 17 instead of complying with this Court's explicit directives identifying information that he had to submit, a current printout of all motions that are listed as "pending" in cases assigned to this Court's calendar inexplicably reflects that Application as pending.

This Court had previously denied Killebrew's earlier Application (Dkt. No. 3) as moot in conjunction with this Court's August 26 dismissal of this action for want of prosecution. To clear the record, Dkt. No. 10 is also denied on mootness grounds.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 7, 2015